# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OFER MIZRAHI DIAMONDS, INC., and OFER MIZRAHI, LTD. <br><br> Plaintiffs, <br><br> vs <br><br> DAVID COHEN, <br><br> Defendant. | Case No. 18-cv-04330 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Young B. Kim |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Ofer Mizrahi Diamonds, Inc., and Ofer Mizrahi, Ltd. hereby voluntarily dismiss the above-captioned action (the "Action") with prejudice pursuant to the Parties' Settlement Agreement. Because this notice of dismissal is being filed with the Court before Defendant has appeared or filed either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action is effective upon the filing of this notice.

Dated: August 17, 2018     OFER MIZRAHI DIAMONDS, INC., and
                                            OFER MIZRAHI, LTD.

                                            By: /s/ Peter S. Lubin_____
                                                One of their attorneys

Peter S. Lubin
Patrick Austermuehle
DiTommaso Lubin Austermuehle, P.C.
17 W 220 22nd Street – Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000
psl@ditommasolaw.com
paustermuehle@ditommasolaw.com
eservice@ditommasolaw.com